**Order entered February 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00868-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### GREG FOX, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05606**

## ORDER

Before the Court is appellant's February 12, 2019 motion for extension of time to file an amended brief. We **GRANT** the motion and extend the time to **March 7, 2019**.

/s/     BILL WHITEHILL
          JUSTICE